**NAUTILUS INSURANCE COMPANY,**
Plaintiff,

v.

**WRENCH PRESS, LLC,**
Defendant/Respondent,

and

**Petar Grgic and Biscrica Grgic,**
Defendants/Appellants,

and

**Edwin–Claude, Inc., Defendant.**

### No. ED 104721

Missouri Court of Appeals,
Eastern District,
**DIVISION FIVE.**

Filed: March 14, 2017

Richard K. Dowd, St. Louis, MO, for appellants.

Stephen G. Bell, St. Louis, MO, for respondent.

Before Philip M. Hess, C.J., Lawrence E. Mooney, J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM

In this interpleader action brought by Nautilus Insurance Company regarding certain insurance proceeds, defendants Petar and Biscrica Grgic appeal the trial court's determination that defendant Wrench Press, LLC, was the only defendant entitled to the interpleaded funds. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(5).